# Court of Appeals
# of the State of Georgia

ATLANTA,_____July 08, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16E0034. GLOVER v. PAULDING COUNTY SUPERIOR COURT.

Robert D. Glover has filed a "Petition for Mandamus" seeking to compel the superior court to rule on his pending motion to dismiss a permanent protective order. The Georgia Supreme Court, however, has declared that such a mandamus petition must be raised, in the first instance, in the superior court. See *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983). The judge named as respondent will disqualify, and another judge will be appointed to rule on the petition. See id. An appeal from any such ruling should be filed in the Supreme Court. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Georgia Supreme] Court without regard to the underlying subject matter or the legal issues raised.'[Cits.]"). Accordingly, the petition filed by Glover is this court is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____* 07/08/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*